**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00424-DME-MJW

ANDREW RAZO,

Plaintiff,

v.

ASSET ACCEPTANCE, LLC, a Delaware limited liability company,

Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

BY THE COURT:

*s/ David M. Ebel*

March 23, 2011     _____
DATE                        U.S. CIRCUIT JUDGE
                                 DISTRICT OF COLORADO